IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01731-PSF-BNB

GARY SALAZAR, as heir to the estate of his wife, Aida Murrillo, and
ARELI VICTORIA SALAZAR, the minor child of Aida Murillo, by and through her father and next friend, Gary Salazar,

Plaintiffs,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
DENVER WOMEN'S CORRECTIONAL FACILITY,
BOBLE WALLACE,
TERRY UNRUH,
SHERRI LORENZO,
MARK ALTHOLZ,
CORI KURTZ,
VERNON KLINE,
GAYLE ROSS,
KEEGAN FORLER,
SHAUN AUSTIN, and
JULIE ALLEN,

Defendants.
_____

**ORDER**
_____

This matter is before me on a **Motion to Quash** [Doc. # 12, filed 9/28/2006]. Subsequently, I have received an *Amended Stipulated Motion for Issuance of Protective Order* [Doc. # 27, filed 10/24/2006] (the "*Amended Motion*"), which I granted this afternoon by separate order. According to the *Amended Motion*, the parties have reached a resolution of the *Motion to Quash* based on the issuance of the stipulated protective order. Accordingly,

IT IS ORDERED that the **Motion to Quash** is DENIED as moot.

IT IS FURTHER ORDERED that the hearing on the **Motion to Quash** set for **October 25, 2006, at 9:00 a.m.**, is VACATED.

Dated October 24, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge