IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01731-PSF-BNB

GARY SALAZAR, as heir to the estate of his wife, Aida Murrillo, and
ARELI VICTORIA SALAZAR, the minor child of Aida Murillo, by and through her father and next friend, Gary Salazar,

Plaintiffs,

v.

NOBLE WALLACE,
TERRY UNRUH,
SHERRI LORENZO,
MARK ALTHOLZ,
CORI KURTZ,
VERNON KLINE,
GAYLE ROSS,
KEEGAN FOWLER, and
JULIE ALLEN,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to File Amended Complaint** [docket no. 31, filed November 1, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Amended Complaint for filing.

IT IS FURTHER ORDERED that the caption is amended as reflected above and should be used on all future filings.

DATED: November 2, 2006