IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01731-PSF-BNB

GARY SALAZAR, as heir to the estate of his wife, Aida Murillo; and
ARELI VICTORIA SALAZAR, the minor child of Aida Murillo, by and through her
  father and next friend, Gary Salazar,

    Plaintiffs,

v.

NOBLE WALLACE;
TERRY UNRUH;
SHERRI LORENZO;
MARK ALTHOLZ;
CORI KURTZ;
VERNON KLINE;
GAYLE ROSS;
KEEGAN FOWLER; and
JULIE ALLEN,

    Defendants.

---

## ORDER RE: MOTION TO DISMISS

---

Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) and (6) (Dkt. # 23) is DENIED as moot, due to being superceded by the filing of the Amended Complaint (Dkt. # 36) that is subject to its own motion to dismiss (Dkt. # 41).

DATED: November 6, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge