IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01731-PSF-BNB

GARY SALAZAR, as heir to the estate of his wife, Aida Murrillo, and
ARELI VICTORIA SALAZAR, the minor child of Aida Murillo, by and through her father and next friend, Gary Salazar,

Plaintiffs,

v.

NOBLE WALLACE,
TERRY UNRUH,
SHERRI LORENZO,
MARK ALTHOLZ,
CORI KURTZ,
VERNON KLINE,
GAYLE ROSS,
KEEGAN FOWLER, and
JULIE ALLEN,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to Amend Scheduling Order** [docket no. 59, filed March 27, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

    Discovery Cut-off:    **April 30, 2007**;
    Dispositive Motion Deadline:    **May 30, 2007**.

IT IS FURTHER ORDERED that the Pretrial Conference set for June 21, 2007, is **vacated and reset to August 7, 2007, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **July 31, 2007**. Please remember that anyone seeking entry into the Alfred A. Arraj United

States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.


DATED:  March 28, 2007