IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01731-PSF-BNB

GARY SALAZAR, as heir to the estate of his wife, Aida Murillo; and
ARELI VICTORIA SALAZAR, the minor child of Aida Murillo, by and through her
 father and next friend, Gary Salazar,

    Plaintiffs,

v.

NOBLE WALLACE;
TERRY UNRUH;
SHERRI LORENZO;
MARK ALTHOLZ;
CORI KURTZ;
VERNON KLINE;
GAYLE ROSS;
KEEGAN FOWLER; and
JULIE ALLEN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    This matter is before the Court on the Stipulation to Dismiss Defendants (Dkt. # 64). The Court hereby ORDERS the DISMISSAL WITH PREJUDICE of all claims and causes of action against Defendants Noble Wallace, Terry Unruh, Mark Altholz, Cori Kurtz, Vernon Kline, Gayle Ross, Keegan Fowler and Julie Allen, each party to bear his or her own costs, expenses and attorneys fees.

    IT IS FURTHER ORDERED that the caption on future filings in this case be amended to reflect that Sherri Lorenzo is the sole remaining defendant in this action.

DATED: May 25, 2007