IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01731-PSF-BNB

GARY SALAZAR, as heir to the estate of his wife, Aida Murillo; and
ARELI VICTORIA SALAZAR, the minor child of Aida Murillo, by and through her
   father and next friend, Gary Salazar,

   Plaintiffs,

v.

SHERRI LORENZO,

   Defendant.

## ORDER RE: MOTION TO DISMISS

This matter comes before the Court on Defendants' Motion to Dismiss the Amended Complaint (Dkt. # 41) filed November 6, 2006. The motion was filed by the defendants then named in the Amended Complaint and who had been served as of that date, namely Defendants Wallace, Lorenzo, Altholtz, Kurtz, Kline, Ross and Fowler. Pursuant to a stipulation of dismissal, this Court on May 25, 2007 ordered the dismissal of Defendants Wallace, Altholtz, Kurtz, Kline, Ross and Fowler, as well as Defendants Unruh and Allen, who had been served in the interim, leaving Defendant Sherry Lorenzo as the only remaining defendant (Dkt. # 65).

On May 29, 2007, Defendant Lorenzo filed a Motion for Summary Judgment (Dkt. # 66). The motion for summary judgment has now been fully briefed by the parties. The Court has reviewed Defendant Lorenzo's motion for summary judgment

and finds that it argues the same grounds as previously set forth in the Defendants' Motion to Dismiss (Dkt. # 41).

Accordingly, Motion to Dismiss is DENIED without prejudice as moot having been superceded by the Defendant Lorenzo's motion for summary judgment.

Dated: September 19, 2007.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge