IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Edward W. Nottingham

Civil Action No. 06-cv-01731-EWN-BNB

GARY SALAZAR, as heir to the estate of his wife, Aida Murillo; and
ARELI VICTORIA SALAZAR, the minor child of Aida Murillo, by and through her
    father and next friend, Gary Salazar,

       Plaintiffs,

v.

SHERRI LORENZO,

       Defendant.

---

## ORDER ON DEFENDANT'S MOTION *IN LIMINE*

---

This matter comes before the Court on defendant's motion *in limine* to bar the testimony of plaintiffs' listed expert witness, Roger Willard, filed March 12, 2008 (Dkt. # 94). On March 20, 2008, plaintiffs filed a response stating that they no longer intended to list Mr. Willard as an expert witness or call him at trial and had inadvertently failed to address the matter in the recently filed proposed Pretrial Order (Dkt. 96 at 1). In light of plaintiffs filing, the motion *in limine* is DENIED as moot. Any reference to Mr. Willard as a witness shall be deleted from the Pretrial Order.

       DATED: March 21, 2008

                          BY THE COURT:

                          s/ Edward W. Nottingham
                          Edward W. Nottingham
                          Chief United States District Judge