IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01731-EWN-BNB

GARY SALAZAR, as heir to the estate of his wife, Aida Murrillo, and
ARELI VICTORIA SALAZAR, the minor child of Aida Murillo, by and through her father and next friend, Gary Salazar,

Plaintiffs,

v.

SHERRI LORENZO,

Defendant.

_____

**ORDER**
_____

Consistent with the instructions of the district judge:

IT IS ORDERED that a settlement conference will be held on **April 29, 2008, at 3:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person.[1] (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement on or before **April 22, 2008**, outlining the facts and issues in the case and

---

[1] The representative of the Department of Corrections may, if necessary, attend the conference by telephone, although it is my strong preference that she be present at the conference in person.

containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated April 14, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge