IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01731-EWN-BNB

GARY SALAZAR, as heir to the estate of his wife, Aida Murillo, and
ARELI VICTORIA SALAZAR, the minor child of Aida Murillo, by and through her father and next friend, Gary Salazar,

Plaintiffs,

v.

SHERRI LORENZO,

Defendant.

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

THIS MATTER, having come before the Court upon the parties' Stipulated Motion to Dismiss With Prejudice, the Court being fully apprised in the premises, no further notice being necessary, and good cause therefore having been shown,

IT IS HEREBY ORDERED, that the above-captioned action be and hereby is dismissed with prejudice, each party to pay their own costs and fees.

DONE AND SIGNED this 4th day of June, 2008.

BY THE COURT:


s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE